UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SAVANNAH BARROWS and MICHAEL MENDEZ, individually and on behalf of all other persons similarly situated,

        Plaintiffs,

v.

BRINKER RESTAURANT CORPORATION d/b/a CHILI'S GRILL & BAR,

        Defendant.

Civil Case No.:
5:19-cv-144 (GLS/ATB)

## STIPULATION EXTENDING TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiffs Savannah Barrows and Michael Mendez and Defendant Brinker International Payroll Company, L.P. ("Defendant"), that Defendant's time to answer, move or otherwise respond to the Class Action Complaint in this action is extended until April 26, 2019.

**DATED:** April 5, 2019

*DEFENDANT*
*BRINKER INTERNATIONAL PAYROLL COMPANY, L.P.*

By:  */s/ Kristi Rich Winters*
    Vincent E. Polsinelli, Esq.
    Kristi Rich Winters, Esq.
    **Jackson Lewis P.C.**
677 Broadway, 9th Floor
Albany, NY 12207
T: 518-512-8700
vincent.polsinelli@jacksonlewis.com
kristi.winters@jacksonlewis.com

**DATED:** April 5, 2019

*PLAINTIFFS*
*SAVANNAH BARROWS AND MICHAEL MENDEZ*

By: */s/ James Emmet Murphy*
    James Emmet Murphy
    **Virginia & Ambinder, LLP**
40 Broad Street, Seventh Floor
New York, NY 10004
T: 212-943-9080
jmurphy@vandallp.com

## **CERTIFICATION OF SERVICE**

    I hereby certify that on April 5, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                              */s/ Kristi Rich Winters*
                                              Kristi Rich Winters